| | |
|---|---|
| 1 | ANDREW J. DAVIS (California Bar No. 24255) |
| | JAY DAVIS (California Bar No. 102076) |
| 2 | DAVIS LAW OFFICES |
| | 1900 W. Garvey Avenue South, Suite 160 |
| 3 | West Covina, California 91790 |
| | Telephone: (626) 962-7400 |
| 4 | Facsimile: (626) 962-7474 |
| | Email: davislawoffice@verizon.net |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | CHARLIE EAP |
| 7 | SCOTT N. SCHOOLS (South Carolina Bar No. 9990) |
| | United States Attorney |
| 8 | JOANN M. SWANSON (California Bar No. 88143) |
| | Chief, Civil Division |
| 9 | LETITIA R. KIM (California Bar No. 200142) |
| | Assistant United States Attorney |
| 10 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 11 | San Francisco, California 94102-3495 |
| | Telephone: (415) 436-7181 |
| 12 | Facsimile: (415) 436-6748 |
| | Email: letitia.r.kim@usdoj.gov |
| 13 | |
| | Attorneys for Defendant |
| 14 | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHARLIE EAP, | ) | Case No. C 07-2301 SI |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST AND |
| | ) | [PROPOSED] ORDER TO CONTINUE |
| v. | ) | CASE MANAGEMENT CONFERENCE |
| | ) | |
| UNITED STATES OF AMERICA and | ) | |
| DANIEL EARL SPERL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## **STIPULATION**

The initial Case Management Conference is currently scheduled for August 3, 2007 at 2:00 p.m. Defense counsel, however, has a conflict at that time. Accordingly, the parties jointly and respectfully request that the Court continue the Case Management Conference to August 17,

Stip. & [Prop.] Order to Continue CMC
Case No. C 07-2301 SI           -1-

2007 at 2:00 p.m.

DATED: June 21, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
_____
LETITIA R. KIM
Assistant United States Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA


DAVIS LAW OFFICES

/s/
_____
ANDREW J. DAVIS
JAY DAVIS
Attorneys for Plaintiff
CHARLIE EAP

Stip. & [Prop.] Order to Continue CMC
Case No. C 07-2301 SI                   -2-

1 **PROPOSED] ORDER**

2   Pursuant to the parties' stipulation, it is ordered that the Case Management Conference,
3 which was previously scheduled for August 3, 2007 at 2:00 p.m., is continued to August 17,
4 2007 at 2:00 p.m.
5   IT IS SO ORDERED.

7 Dated: _____    _____
                                            SUSAN ILLSTON
8                                           United States District Judge

Stip. & [Prop.] Order to Continue CMC
Case No. C 07-2301 SI                    -3-