JOSEPH P. RUSSONIELLO (California Bar No. 44332)
United States Attorney
JOANN M. SWANSON (California Bar No. 88143)
Chief, Civil Division
JAMES A. SCHARF (California Bar No. 152171)
Assistant United States Attorney

150 Almaden Blvd, Suite 900
San Jose, California 95113
Telephone:  (408) 535-5044
Facsimile:  (408) 535-5081
Email:  **james.scharf@usdoj.gov**

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF, <br><br> Plaintiffs, <br> CHARLIE EAP, heir at law of decedent, Holly Annie Eap, <br><br> Plaintiff, <br><br> v. <br> UNITED STATES OF AMERICA and DANIEL EARL SPERL, <br><br> Defendants. | Case No. C 07-3600 SI <br><br> Case No. C 07-2301 SI <br><br> STIPULATION AND PROPOSED ORDER RE DEFENDANT'S MOTION TO DISMISS |

Whereas, plaintiffs have recently amended their complaints to add a negligent supervision claim in addition to their scope of employment claims;

Whereas, the government has scheduled approximately six non-party depositions to occur during the months of February, March and April;

Whereas, plaintiffs intend to schedule the depositions of at least nine government witnesses;

Whereas, plaintiffs and co-defendant Sperl intend to schedule the depositions of several other witnesses;

Whereas, plaintiffs and defendant Sperl are in the process of seeking the assistance of the Court to resolve a discovery dispute related to the release of Sperl's medical and employment records;

Whereas, plaintiffs require additional time to obtain and review Sperl's medical and employment records and conduct discovery related to the new negligent supervision claim as well as to prepare for defendant USA's anticipated motion to dismiss or in the alternative motion for summary judgment ("motion to dismiss");

Whereas, the parties estimate that they require additional time to complete the above described and related discovery to prepare for defendant USA's anticipated motion to dismiss;

Whereas, the parties have engaged in extensive meet and confer efforts regarding the subject matter of this stipulation and proposed order, including two telephone conferences on February 22 and March 6, 2008.

Whereas, the parties wish to participate in ADR prior to the Court's adjudication of defendant's anticipated motion to dismiss.

Therefore, the parties, through counsel, hereby stipulate to the following schedule and events:

1. Defendant's Motion to dismiss shall be due August 22, 2008 (was May 2, 2008).

2. Plaintiffs' Opposition briefs shall be due September 5, 2008 (was May 16, 2008).

3. Defendant's Reply brief shall be due September 12, 2008 (was May 23, 2008).

4. The motion will be heard on September 26, 2008 at 9:00 a.m. (was June 6, 2008).

5. The parties further agree to participate in a private mediation to occur in San Francisco after defendant's motion to dismiss has been fully briefed but before that motion is heard with the costs of the mediation to be allocated as follows: 25% defendant USA; 25% defendant Sperl; 25% defendant Eap; and 25% Wyckoff plaintiffs.

6. The parties further request that the CMC currently scheduled for June 6, 2008, at 2:30 p.m. remain on calendar.

7. All parties have not yet agreed to bifurcation. This issue is presently being discussed.

DATED: March 6, 2008

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

By: /s/ James Scharf
_____
JAMES A. SCHARF
Assistant United States Attorney
Attorney for Defendant USA


By: /s/ Joseph R. Igelmund
_____
Joseph R. Igelmund

Attorneys for Wyckoff Plaintiffs

/s/ *Kristina L. Velarde*

BY: _____

KRISTINA L. VELARDE

Attorneys for Defendant Sperl

/s/ *Andrew J. Davis*

BY: _____

ANDREW J. DAVIS

Attorneys for Plaintiff Eap

Pursuant to the stipulation of the parties, and good cause appearing, the Court adopts the schedule of events described above.

IT IS SO ORDERED:

Dated: _____        _____
                              Hon. Susan Illston
                              United States District Court Judge