**DAVIS LAW OFFICES**
ANDREW J. DAVIS, ESQ. CA SBN 24255
JAY DAVIS, ESQ. CA SBN 102076
1900 W. GARVEY AVENUE SOUTH, SUITE 160
WEST COVINA, CA 91790
TEL: (626) 962-7400
FAX: (626) 962-7474

**Attorneys for Plaintiff CHARLIE EAP, heir at law of decedent, Holly Annie Eap**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE EAP, heir at law of decedent, Holly Annie Eap,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DANIEL EARL SPERL, and DOES 1 to 10,<br><br>    Defendants. | CASE NO. C 07 2301 SI<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE [PROPOSED] FIRST AMENDED COMPLAINT** |

This Court having reviewed the Stipulation between plaintiff CHARLIE EAP and defendant UNITED STATES OF AMERICA for Leave to File the [Proposed] First Amended Complaint, and the Statement of Non-Opposition by Defendant DANIEL EARL SPERL to an [Proposed] Order Pursuant to such Stipulation, good cause appearing, and pursuant to the Stipulation and Statement of Non-Opposition of the parties,

IT IS ORDERED that the [Proposed] First Amended Complaint of plaintiff CHARLIE EAP be filed.

DATED: _____, 2008.

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING LEAVE TO FILE [PROPOSED] FIRST AMENDED COMPLAINT