**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE EAP,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>        Defendants.<br>                                      / | No. C 07-2301 SI<br>Related Case: C 07-3600 SI<br><br>**ORDER REFERRING DISCOVERY DISPUTES TO A MAGISTRATE JUDGE** |

The Court refers all pending and future discovery disputes to a Magistrate Judge for determination in the first instance.

**IT IS SO ORDERED.**

Dated: June 3, 2008

                                                      SUSAN ILLSTON
                                                      United States District Judge