1 | JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney
4

5 |   150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
6 | FAX: (408) 535-5081
James.Scharf@usdoj.gov
7

Attorneys for Defendant United States of America
8

9 |   UNITED STATES DISTRICT COURT

10 |   NORTHERN DISTRICT OF CALIFORNIA

11 |   SAN FRANCISCO DIVISION

12

13

14 | CHARLIE EAP, heir at law
of decedent, Holly Annie Eap,                    Case No.:  07-2301 SI
15
                                                 Case No.:  07-3600 SI
16
            Plaintiff,
17
SUSAN WYCKOFF, individually,
18 | and as Administratrix of the Estate
of PETER WYCKOFF; ALEXANDER                      STIPULATION AND
19 | WYCKOFF by and through his Guardian           [PROPOSED] ORDER RE
ad Litem, SUSAN WYCKOFF,                          DATE OF HEARING ON
20                                               MOTION FOR LEAVE TO
            Plaintiffs,                           FILE SECOND AMENDED
21                                               COMPLAINT FOR
v.                                               DAMAGES
22
UNITED STATES OF AMERICA,
23 | DANIEL EARL SPERL, and
DOES 1 to 10,
24
            Defendants
25

26 |       As discussed and agreed at the June 6, 2008, Further Case Management Conference in

27 | these cases, plaintiff Eap and all defendants, through counsel, hereby stipulate as follows:  The

28 | hearing on plaintiff Eap's Motion for Leave to File Second Amended Complaint for Damages,

currently set for August 22, 2008, is continued to ~~September 19~~ October 3, 2008, ~~in order~~ to provide

defendant USA with sufficient time to have plaintiff Eap's supporting expert declarations be

reviewed by defendant USA's experts.

.

Dated: June 18, 2008 _____/S/_____
Andrew Jackson Davis , Esq.
Attorney for Plaintiff Eap

Dated: June 18, 2008 _____/S/_____
Kristina L. Velarde, Esq
Attorney for Defendant Sperl

Dated: June 18, 2008 _____/S/_____
James A. Scharf, Esq.
Attorney for Defendant United States of America

Good cause appearing, and pursuant to the stipulation of the parties, IT IS SO

ORDERED:

Dated: _____

_____
Hon. Susan Y. Illston
United States District Court Judge