```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


CHARLIE EAP,                   )
                               )
        Plaintiff(s),          )    No. C07-2301 SI (BZ)
                               )
    v.                         )
                               )
UNITED STATES OF AMERICA, et   )
al.,                           )
                               )
        Defendant(s).          )
                               )
SUSAN WYCKOFF,                 )    No. C07-3600 SI (BZ)
                               )
        Plaintiff(s),          )
                               )
    v.                         )    BRIEFING ORDER
                               )
UNITED STATES OF AMERICA, et   )
al.,                           )
                               )
        Defendant(s).          )
                               )
```

Having read the government's letter of July 21, 2008, **IT IS HEREBY ORDERED** as follows:

1. Sperl shall file its response by **noon on Wednesday, July 23, 2008**.

2. A telephone conference to discuss this dispute is scheduled for **Thursday, July 24, 2008 at 10:00 a.m.** All

1

interested parties shall participate.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

3.   The court does not read positioning letters.  The parties should refer to paragraph 2 of the Initial Discovery Order.  If any party believes that the content of the meet and confer sessions is necessary to resolve this dispute, the party in possession of the record shall lodge it with the court by **noon, Wednesday, July 23, 2008**.

4.   The documents described in paragraph 9 may be lodged underseal.

5.   At the telephone conference, the court will decide if this dispute can be resolved on the basis of the materials already submitted.

Dated: July 22, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\EAP V. USA\DISC2.ORD.wpd