UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLIE EAP, ) | | |
| ) | | |
|     Plaintiff(s), ) | No. C07-2301 SI (BZ) | |
| ) | | |
|   v. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, et ) | | |
| al., ) | | |
| ) | | |
|     Defendant(s). ) | | |
| ──────────────────────── ) | | |
| SUSAN WYCKOFF, ) | No. C07-3600 SI (BZ) | |
| ) | | |
|     Plaintiff(s), ) | | |
| ) | | |
|   v. ) | **ORDER SCHEDULING TELEPHONIC** | |
| ) | **DISCOVERY CONFERENCE** | |
| UNITED STATES OF AMERICA, et ) | | |
| al., ) | | |
| ) | | |
|     Defendant(s). ) | | |
| ──────────────────────── ) | | |

A telephone conference to discuss the dispute set forth in plaintiffs' letter dated August 7, 2008 is scheduled for Tuesday, August 12, 2008 at 10:15 a.m.  All interested parties shall participate.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make

///

1

arrangements for the telephonic conference call.

Dated: August 8, 2008

                                                  Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\EAP V. USA\TELCONF2.wpd

2