

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE EAP,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendant(s). | No. C07-2301 SI (BZ) |
| SUSAN WYCKOFF,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendant(s). | No. C07-3600 SI (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the outstanding discovery disputes is scheduled for **Friday, October 10, 2008 at 9:00 a.m.**  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

　　**IT IS FURTHER ORDERED** that the party in possession of the

1

1 | record of the meet and confer sessions held with respect to
2 | the disputes shall lodge a copy of the recording or transcript
3 | of each session with the court by **noon, on Tuesday, October 7,**
4 | **2008.**

Dated: October 3, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WYCKOFF V. USA\TEL CONF3.wpd

2