|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | UNITED STATES DISTRICT COURT |
| 8 | NORTHERN DISTRICT OF CALIFORNIA |

```
CHARLIE EAP,                  )
                              )
        Plaintiff(s),         )   No. C07-2301 SI (BZ)
                              )
    v.                        )
                              )
UNITED STATES OF AMERICA, et  )
al.,                          )
                              )
        Defendant(s).         )
_____)
SUSAN WYCKOFF,                )   No. C07-3600 SI (BZ)
                              )
        Plaintiff(s),         )
                              )   FOURTH DISCOVERY ORDER
    v.                        )
                              )
UNITED STATES OF AMERICA, et  )
al.,                          )
                              )
        Defendant(s).         )
_____)
```

Following a telephone conference at which the parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. I find no need for further briefing on numbers 2, 3, 4 and 5 of this order.

2. All counsel are to read Rule 1 of the Federal Rules of Civil Procedure before doing anything further.

3. The depositions stipulated to during the telephone

1

1  conference on October 10, 2008 are to proceed as scheduled,
2  unless the parties stipulate otherwise.
3       4.   Any outstanding discovery response which has not been
4  verified must be verified by **Friday, October 17, 2008**.
5       5.   Any documents requested by plaintiffs which have not
6  yet been produced must be produced by **Friday, October 17,**
7  **2008**.
8       6.   If, after **October 17, 2008**, plaintiffs are
9  unsatisfied with defendants' response, plaintiffs are given
10 leave to file a motion to compel.
11      7.   By **October 16, 2008**, each interested party shall
12 submit two page letter briefs on the following two issues if
13 they have not been resolved:
14           A.   Whether a 30(b)(6) deposition with multiple
15                topics can count as more than one deposition?
16           B.   Whether a party responding to a request for
17                production of documents has a duty to seek documents
18                from former employees.
19      A telephone conference to discuss these issues is
20 scheduled for **October 20, 2008 at 3:00 p.m.** Counsel shall
21 contact **CourtCall**, telephonic court appearances at **1-888-882-**
22 **6878**, and make arrangements for the telephonic conference
23 call.
24      8.   Plaintiffs shall file their spoliation motion for
25 hearing on either **January 21, 2009** or **February 4, 2009**.
26 Dated: October 14, 2008
27                                    _____
                                       Bernard Zimmerman
                                       United States Magistrate Judge
28 G:\BZALL\-REFS\WYCKOFF V. USA\DISC4.ORD.wpd

2