# CHAVEZ & GERTLER LLP
## ATTORNEYS AT LAW

42 MILLER AVENUE
MILL VALLEY, CA 94941
TELEPHONE: (415) 381-5599
FACSIMILE: (415) 381-5572
joe@chavezgertler.com

October 16, 2008

The Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court
San Francisco, CA 94102

Re:   **Wyckoff v. United States, et al**      **Eap v. United States, et al**
      Case No: C 07 3600 SI                    Case No. C 07 2301 SI

Dear Magistrate Judge Zimmerman:

   Regarding the telephone hearing date of October 20, 2008 on the parties' briefing of "whether a 30(b)(6) deposition with multiple topics can count as more than one deposition," plaintiffs respectfully request that the Court consider holding the hearing on October 29, 2008 or the earliest date thereafter available to the Court.

   I am responsible in this matter, and am previously set to be out of state on vacation (my first in two years) from October 17, 2008 through October 27, 2008. This is the only period that I can be away from the office before the deposition schedule ordered by the Court commences. James Scharf, attorney for the United States, authorized me by email today to inform the Court that he does not oppose this request.

   We appreciate any consideration Your Honor may give in this matter.

Very truly yours,

[signature]

Joseph R. Igelmund

cc:   James Scharf, Esq.

08.10.16.BZ.Request Hrg Contin

*[Handwritten note:] Granted - Hearing continued to Oct 30, 2008 at 10 am. Counsel for plaintiff shall notify everyone.*

*20 Oct 08   [signature] Bernard Zimmerman*