1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9

10  CHARLIE EAP,                  )
                                  )
11           Plaintiff(s),        )    No. C07-2301 SI (BZ)
                                  )
12       v.                       )
                                  )
13  UNITED STATES OF AMERICA, et  )
    al.,                          )
14                                )
             Defendant(s).        )
15  _____)
    SUSAN WYCKOFF,                )    No. C07-3600 SI (BZ)
16                                )
             Plaintiff(s),        )
17                                )    **FIFTH DISCOVERY ORDER**
         v.                       )
18                                )
    UNITED STATES OF AMERICA, et  )
19  al.,                          )
                                  )
20           Defendant(s).        )
    _____)
21

22       Before the Court are two letter briefs, defendants'
23  objections to six scheduled 30(b)(6) depositions (See Doc.
24  89), and plaintiffs' reply (See Doc. 90), which were submitted
25  pursuant to this Court's order.
26       Following a telephone conference, held on October 30,
27  2008 at 10:00 a.m., at which the parties were represented by
28  counsel, **IT IS HEREBY ORDERED** that all six 30(b)(6) deposition

                                 1

1  notices mentioned in Document 89 will count as four
2  depositions and plaintiffs have fourteen deposition hours to
3  complete them, subject to their right, after the conclusion of
4  the fourteen hours, to request more time consistent with the
5  guidelines given by the Court.
6  Dated: October 30, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WYCKOFF V. USA\DISC5.FINAL ORD.wpd

2