```
                UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA


CHARLIE EAP,                  )
                              )
          Plaintiff(s),       )   No. C07-2301 SI (BZ)
                              )
     v.                       )
                              )
UNITED STATES OF AMERICA, et  )
al.,                          )
                              )
          Defendant(s).       )
_____)
SUSAN WYCKOFF,                )   No. C07-3600 SI (BZ)
                              )
          Plaintiff(s),       )
                              )   SIXTH DISCOVERY ORDER
     v.                       )
                              )
UNITED STATES OF AMERICA, et  )
al.,                          )
                              )
          Defendant(s).       )
_____)
```

Following a telephone conference, held on October 30, 2008 at 10:00 a.m., at which the parties were represented by counsel, with respect to the issue of the amended 30(b)(6) notices and the propriety of the eleventh document request, **IT IS HEREBY ORDERED** as follows:

1. By noon, **Monday, November 3, 2008** plaintiffs shall

1

file a letter with the Court on the propriety of requesting a 30(b)(6) witness to testify about all documents produced in response to the Eleventh Request.

    2. Defendant shall reply by **Wednesday, November 5, 2008 at noon**.

    3. A telephone conference to discuss this issue is scheduled for **Friday, November 7, 2008 at 1:30 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: October 30, 2008

                              /s/ Bernard Zimmerman
                              Bernard Zimmerman
                              United States Magistrate Judge