UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLIE EAP,              )<br>                           )<br>     Plaintiff(s),      )<br>                           )<br>   v.                      )<br>                           )<br>UNITED STATES OF AMERICA, et)<br>al.,                       )<br>                           )<br>     Defendant(s).        )<br>_____)<br>SUSAN WYCKOFF,             )<br>                           )<br>     Plaintiff(s),        )<br>                           )<br>   v.                      )<br>                           )<br>UNITED STATES OF AMERICA, et)<br>al.,                       )<br>                           )<br>     Defendant(s).        )<br>_____) | No. C07-2301 SI (BZ)<br><br><br><br><br><br><br><br><br>No. C07-3600 SI (BZ)<br><br><br><br><br>**ORDER VACATING HEARING** | |

Having read plaintiff's letter dated November 3, 2008, it appears that the issue raised by my Sixth Discovery Order is **MOOT** and the telephone conference scheduled for **November 7, 2008** is **VACATED.**

Dated: November 6, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WYCKOFF V. USA\ORDER VACATING 11.7.08 TEL CONF.wpd

1