```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                    NORTHERN DISTRICT OF CALIFORNIA
10
11  CHARLIE EAP,                   )
                                   )
12          Plaintiff(s),          )    No. C07-2301 SI (BZ)
                                   )
13      v.                         )
                                   )
14  UNITED STATES OF AMERICA, et   )
    al.,                           )
15                                 )
            Defendant(s).          )
16  _____ )
    SUSAN WYCKOFF,                 )    No. C07-3600 SI (BZ)
17                                 )
            Plaintiff(s),          )
18                                 )    SEVENTH DISCOVERY ORDER
        v.                         )
19                                 )
    UNITED STATES OF AMERICA, et   )
20  al.,                           )
                                   )
21          Defendant(s).          )
    _____ )
22
```

23     Before the Court is a letter from plaintiff Wyckoff dated
24 November 20, 2008 (Doc. 108) which I have deemed to be a
25 motion for a protective order delaying one or more depositions
26 scheduled to begin Monday, November 24, 2008.  Also before the
27 court is a letter from the government dated November 20, 2008
28 (Doc. 111) which I have deemed an opposition to the motion for

1

protective order.  Following a telephone conference to resolve the dispute, held on November 21, 2008 at 3:00 p.m., at which the parties were represented by counsel, **IT IS HEREBY ORDERED** that the motion is **DENIED** for the following reasons:

1. Plaintiff's principal complaint is that she received certain documents relevant to those depositions on October 31, 2008 which should have been produced earlier.  Plaintiff has not shown good cause for delaying her filing of the motion for protective order until the Thursday before the depositions were to have taken place.

2. Nor has plaintiff satisfactorily explained why she agreed to the deposition schedule on November 12, 2008 knowing that she would be examining witnesses about documents she had received on October 31, 2008.

3. Plaintiff has not established that any prejudice will result from the taking of the scheduled depositions that cannot be cured by a subsequent order of the court.

4. It has been very difficult to get the parties to agree on the current deposition schedule.  There is no good reason why the schedule should not go forward as agreed.

Dated: November 24, 2008

_____
Bernard Zimmerman
United States Magistrate Judge