UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE EAP,<br><br>    Plaintiff(s),<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendant(s). | No. C07-2301 SI (BZ) |
| SUSAN WYCKOFF,<br><br>    Plaintiff(s),<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendant(s). | No. C07-3600 SI (BZ)<br><br>**EIGHTH DISCOVERY ORDER** |

Following a telephone conference to resolve the dispute, held on January 9, 2009 at 10:00 a.m., at which the parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

    1.   The parties shall meet and confer, along with their respective IT representatives, by no later than the close of business on **January 13**, **2009** and attempt to resolve their

1  disputes in accordance with the views expressed by the Court.
2       2.  In the event the parties are unable to resolve their
3  disputes, defendants are given leave to file a motion for a
4  protective order by **Wednesday, January 21, 2009**.  Plaintiffs'
5  opposition shall be due no later than **Monday, February 2,**
6  **2009**.  Defendants' reply, if any, shall be filed by **Monday,**
7  **February 9, 2009.**  A hearing is scheduled for **February 18,**
8  **2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal
9  Building, 450 Golden Gate Avenue, San Francisco, California
10 94102.
11 Dated: January 12, 2009

*[signature: Bernard Zimmerman]*
Bernard Zimmerman
United States Magistrate Judge