PAUL N. CESARI, ESQ., (BAR NO. 118110)
KRISTINA L. VEALRDE (BAR NO. 199299)
CESARI, WERNER AND MORIARTY
360 Post Street, Fifth Floor
San Francisco, CA 94108-4908
Telephone: (415) 391-1113
Facsimile:  (415) 391-4626
**4991-6-15**
Attorneys for Defendant
DANIEL EARL SPERL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, DANIEL EARL SPERL, and DOES 1 through 10,<br><br>Defendant. | No. CO7 2301 SI<br>No. C07 3600 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE BY ONE WEEK** |
| CHARLIE EAP, heir at law of decedent Holly Annie Eap,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, DANIEL EARL SPERL, and DOES 1 through 10,<br><br>Defendant | |

-1-

## I. BACKGROUND FACTS:

This case was set for trial for September 8, 2009 at the Case Management Conference of December 15, 2008. At that time Kristina Velarde, counsel for Defendant Daniel Sperl, did not realize that the other trial counsel for Daniel Sperl, Paul Cesari, was unavailable on that date. He is available in the weeks that follow. Ms. Velarde contacted the other counsel of this case, and they all agreed to a one week continuance of the trial date, to September 14, 2009. Ms. Velarde informed the court of this conflict and subsequent agreement between counsel, and the court requested a stipulated order, which Sperl herein submits.

## II. STIPULATION:

As discussed by all parties, it is herein stipulated that the current trial date of September 8, 2009 in the above matter will be continued one week to September 14, 2009.

| UNITED STATES ATTORNEY | CHAVEZ & GERTLER |
|---|---|
| /s/ (James Scharf)** | |
| James A. Scharf, Esq. | Jonathan Getler, Esq. |
| Attorney for Defendant | Joseph Igelmund, Esq. |
| **United States of America** | **Attorneys for Plaintiffs Wyckoff** |
| Dated: December ____, 2008 | Dated: December ____, 2008 |
| CESARI, WERNER & MORIARTY | DAVIS LAW OFFICES |
| Kristina L. Velarde, Esq. | Andrew J. Davis, Esq. |
| Attorney for Defendant | **Attorney for Plaintiff Eap** |
| **Daniel Earl Sperl** | |
| Dated: December 30, 2008 | Dated: December ____, 2008 |

** I declare, under penalty of perjury, that I have authority to sign this Stipulation on behalf of attorney James Scharf. _____
Kristina L. Verlarde

No. CO7 2301 SI Earl v. USA
Stipulation and [Proposed] Order to Continue Trial Date by One Week

## I. BACKGROUND FACTS:

This case was set for trial for September 8, 2009 at the Case Management Conference of December 15, 2008. At that time Kristina Velarde, counsel for Defendant Daniel Sperl, did not realize that the other trial counsel for Daniel Sperl, Paul Cesari, was unavailable on that date. He is available in the weeks that follow. Ms. Velarde contacted the other counsel of this case, and they all agreed to a one week continuance of the trial date, to September 14, 2009. Ms. Velarde informed the court of this conflict and subsequent agreement between counsel, and the court requested a stipulated order, which Sperl herein submits.

## II. STIPULATION:

As discussed by all parties, it is herein stipulated that the current trial date of September 8, 2009 in the above matter will be continued one week to September 14, 2009.

| UNITED STATES ATTORNEY | CHAVEZ & GERTLER |
|---|---|
| James A. Scharf, Esq.<br>Attorney for Defendant<br>**United States of America** | Jonathan Gertler, Esq.<br>Joseph Igelmund, Esq.<br>**Attorneys for Plaintiffs Wyckoff** |
| Dated: December __, 2008 | Dated: ~~December~~ January 6, 2008 jes |
| CESARI, WERNER & MORIARTY | DAVIS LAW OFFICES |
| Kristina L. Velarde, Esq.<br>Attorney for Defendant<br>**Daniel Earl Sperl** | Andrew J. Davis, Esq.<br>**Attorneys for Plaintiff Eap** |
| Dated: December __, 2008 | Dated: December __, 2008 |

///
///

-2-

No. C07 2301 SI Earl v. USA
Stipulation and [Proposed] Order to Continue Trial Date by One Week

## I. BACKGROUND FACTS:

This case was set for trial for September 8, 2009 at the Case Management Conference of December 15, 2008. At that time Kristina Velarde, counsel for Defendant Daniel Sperl, did not realize that the other trial counsel for Daniel Sperl, Paul Cesari, was unavailable on that date. He is available in the weeks that follow. Ms. Velarde contacted the other counsel of this case, and they all agreed to a one week continuance of the trial date, to September 14, 2009. Ms. Velarde informed the court of this conflict and subsequent agreement between counsel, and the court requested a stipulated order, which Sperl herein submits.

## II. STIPULATION:

As discussed by all parties, it is herein stipulated that the current trial date of September 8, 2009 in the above matter will be continued one week to September 14, 2009.

| UNITED STATES ATTORNEY | CHAVEZ & GERTLER |
|---|---|
| James A. Scharf, Esq.<br>Attorney for Defendant<br>**United States of America** | Jonathan Gertler, Esq.<br>Joseph Igelmund, Esq.<br>**Attorneys for Plaintiffs Wyckoff** |
| Dated: December ___, 2008 | Dated: December ___, 2008 |
| CESARI, WERNER & MORIARTY | DAVIS LAW OFFICES |
| Kristina L. Velarde, Esq.<br>Attorney for Defendant<br>**Daniel Earl Sperl** | Andrew J. Davis, Esq.<br>**Attorneys for Plaintiff Eap** |
| Dated: December ___, 2008 | Dated: December 31, 2008 |

///
///

-2-

No. CO7 2301 SI Earl v. USA
Stipulation and [Proposed] Order to Continue Trial Date by One Week

III. **ORDER**:

WHEREAS one of the trial counsel for Defendant Daniel Sperl is unavailable for trial to commence on September 8, 2009, and all parties agree to a one week continuance of this trial date, trial in the *Wyckoff v. Sperl and USA* and the *Eap v. Sperl and USA* cases will be continued until September 14, 2009.

**IT IS SO ORDERED.**

_____
SUSAN ILLSTON
District Court Judge

-3-

No. C07 2301 SI Earl v. USA
Stipulation and [Proposed] Order to Continue Trial Date by One Week