UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLIE EAP, | ) | |
|     Plaintiff(s), | ) | No. C07-2301 SI (BZ) |
|   v. | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
|     Defendant(s). | ) | |
| SUSAN WYCKOFF, | ) | No. C07-3600 SI (BZ) |
|     Plaintiff(s), | ) | |
|   v. | ) | **ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |
| UNITED STATES OF AMERICA, et al., | ) | |
|     Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the outstanding discovery disputes is scheduled for **Friday, January 23, 2009 at 10:00 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

    **IT IS FURTHER ORDERED** that the party in possession of the

1

1  record of the meet and confer sessions held with respect to
2  the disputes shall lodge a copy of the recording or transcript
3  of each session with the court by **4:00p.m., on Thursday, January 22, 2009.**
4
5
6  Dated: January 21, 2009
7  _____
8  Bernard Zimmerman
   United States Magistrate Judge
9
   G:\BZALL\-REFS\WYCKOFF V. USA\TEL CONF3.wpd
10