IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN WYCKOFF,  

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

         /

No. C 07-3600 SI; No. 07-2301

**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTIONS WITHOUT PREJUDICE**

Plaintiffs have filed administrative motions requesting that the Court vacate all presently calendared briefing and hearing dates for plaintiffs' spoliation motion and defendants' motion for summary judgment, and that the Court set a new schedule once Judge Zimmerman resolves ongoing discovery disputes between the parties. The Court finds it unnecessary to vacate all current dates, and DENIES plaintiffs' motion without prejudice to the Court revisiting the schedule following the February 18, 2009 hearing before Judge Zimmerman. (Docket No. 127 in 07-3600 and Docket No. 124 in 07-2301).

**IT IS SO ORDERED.**

Dated: February 3, 2009

                                                      SUSAN ILLSTON  
                                                      United States District Judge