1
2
3
4
5            UNITED STATES DISTRICT COURT
6           NORTHERN DISTRICT OF CALIFORNIA
7
8 CHARLIE EAP,         )
                    )
9       Plaintiff(s),   )   No. C07-2301 SI (BZ)
                    )
10    v.            )
                    )
11 UNITED STATES OF AMERICA, et )
  al.,              )
12                   )
      Defendant(s).   )
13 _____)
SUSAN WYCKOFF,      )   No. C07-3600 SI (BZ)
14                   )
15       Plaintiff(s),   )
                    )   **ORDER DISCHARGING ORDER**
16    v.            )   **TO SHOW CAUSE**
                    )
17 UNITED STATES OF AMERICA, et )
  al.,              )
18       Defendant(s).   )
_____)
19
20     The Court having received timely proof of payment from
21 plaintiff's counsel, Joseph R. Igelmund, **IT IS HEREBY ORDERED**
22 that the order to show cause, entered on January 27, 2009, and
23 scheduled for hearing on March 4, 2009 at 10:00 a.m. is
24 **DISCHARGED.**
25 Dated: February 11, 2009
26                         Bernard Zimmerman
               United States Magistrate Judge
27
28 G:\BZALL\-REFS\WYCKOFF V. USA\ORDER DISCHARGING IGELMUND OSC.wpd