UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLIE EAP, | ) | |
| Plaintiff(s), | ) | No. C07-2301 SI (BZ) |
| v. | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendant(s). | ) | |
| SUSAN WYCKOFF, | ) | No. C07-3600 SI (BZ) |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER SCHEDULING TELEPHONIC CONFERENCE** |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the dispute over whether the documents on the backup tapes must be produced in native format is scheduled for **Monday, March 16, 2009 at 1:30 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and

///

1

1 | make arrangements for the telephonic conference call.
2 | Dated: March 5, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WYCKOFF V. USA\TEL CONF5.wpd

2