IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE EAP,<br><br>    Plaintiff,<br><br>  v.<br><br>USA,<br><br>    Defendant.<br>_____/ | No. C 07-02301 SI<br>**SECOND**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: N/A at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 30, 2009.

DESIGNATION OF EXPERTS: 9/11/09; REBUTTAL: 9/30/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 9, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by July 10, 2009;

    Opp. Due July 24, 2009; Reply Due July 31, 2009;

     and set for hearing no later than August 14, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 24, 2009 at 3:30 PM.

JURY TRIAL DATE: December 7, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court will not grant any further request to continue the trial.
The parties have agreed to participate in private mediation with Judge Infante during the week of 8/10/09.
The Court will appoint a special master for purposes of discovery. The parties shall share the expense of the mediator on a pro rata basis. Counsel shall meet and confer and submit an agreed upon master on or before 3/20/09 or if no agreement, each side shall submit 2 names of suggested masters to the court on or before 3/19/09.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge