JOSEPH P. RUSSONIELLO (SC SBN 44332)
United States Attorney
JOANN SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. SCHARF (SBN 152171)
Assistant United States Attorney
NEILL TSENG (SBN 220348)
Assistant United States Attorney
CHAD KAUFFMAN
Special Assistant United States Attorney

    150 Almaden Blvd.
    Suite 900
    San Jose, CA 95113
    (408) 535-5044

Attorneys for Defendant USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN WYCKOFF, et al, and CHARLIE EAP,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and DANIEL EARL SPERL,<br><br>    Defendants. | Case Nos. C 07 3600 SI and C 07 2301 SI<br><br>[PROPOSED] ORDER APPOINTING SPECIAL MASTER |

On March 10, 2007, the Wyckoff plaintiffs filed an administrative motion for modification of case management order. In that motion, plaintiffs requested, among other things, that a "briefing and hearing schedule shall be set for Plaintiffs' Motion for Appointment of Special

Master for Discovery." As grounds therefore, plaintiffs asserted in their motion: "The importance of the ESI [electronically stored information] evidence on the central issues in the case, the complexity of the disputed ESI discovery issues, the level of resistance and course of litigation of the ESI issues by the government, and the resources the discovery proceedings are taking from the Court all justify consideration of a special discovery master going forward." The government opposed plaintiffs' administration motion.

Plaintiffs' administrative motion was discussed during a telephone conference, which occurred on March 17, 2009, in which all parties, through their attorneys of record, participated. During that telephone conference, the Court indicated that it would appoint a Special Master to handle discovery disputes, and directed the parties to meet and confer regarding candidates for appointment. On March 19, 2009, the parties advised the Court that they had selected the Hon. Read Ambler (Ret.) of JAMS.

Pursuant to F.R.C.P. 53(a)(1)(C), the Court hereby appoints the Hon. Read Ambler (Ret.) as Special Master to handle all discovery disputes, except as noted below, notwithstanding the lack of consent by all the parties, because such disputes cannot be effectively and timely addressed by an available district judge or magistrate judge of the district.

The Special Master is directed to proceed with all reasonable diligence.

The Special Master is directed to handle all pending and future discovery disputes, except for (1) the March 31, 2009, telephone conference with Magistrate Judge Zimmerman concerning plaintiffs' request that the government produce the results of the computer backup tape project in

[PROPOSED] ORDER APPOINTING SPECIAL MASTER
Case Nos. C 07-2301 SI and C 07-3600 SI
2

native file format; and (2) plaintiffs' anticipated motion for sanctions based on alleged spoliation of evidence.

The Special Master may communicate ex parte with the Court but not with the parties, unless the parties so stipulate.

All parties will e-file all filings and materials submitted to the Special Master, and the Special Master will e-file all orders, findings, and recommendations that he may issue.

Consistent with the case management dates set forth in the Court's Second Pretrial Order attached hereto, the Special Master will establish the procedures for adjudication of the discovery disputes tendered to him.

Unless otherwise directed by the Special Master and approved by the Court, compensation for the Special Master will be allocated as follows: Wyckoff plaintiffs (25%); Eap Plaintiff (25%); Defendant Sperl (25%); and Defendant USA (25%).

Unless the parties stipulate otherwise, the parties and the Special Master will comply with all other requirements of Rule 53.

Good cause appearing, it is so ordered.

Dated: _____  _____
                                       Hon. Susan Illston
                                       United States District Judge

Approved as to form:                    /S/_____
                                       Jonathan Gertler
                                       Counsel for Wyckoff Plaintiffs

                                         /S/_____
                                       Andy Davis
                                       Counsel for Eap Plaintiff

[PROPOSED] ORDER APPOINTING SPECIAL MASTER
Case Nos.  C 07-2301 SI and C 07-3600 SI

|   |   |
|---|---|
| 1 | |
| 2 | _____/S/_____<br>Kristina Velarde<br>Counsel for Defendant Sperl |
| 3 | |
| 4 | _____/S/_____<br>James A. Scharf<br>Counsel for Defendant USA |
| 5 | |
| 6 | _____/S/_____<br>Hon. Read Ambler (Ret.) |

[PROPOSED] ORDER APPOINTING SPECIAL MASTER
Case Nos. C 07-2301 SI and C 07-3600 SI

4