```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      NORTHERN DISTRICT OF CALIFORNIA
10
11   CHARLIE EAP,                  )
                                   )
12          Plaintiff(s),          )    No. C07-2301 SI (BZ)
                                   )
13      v.                         )
                                   )
14   UNITED STATES OF AMERICA, et  )
     al.,                          )
15                                 )
            Defendant(s).          )
16   _____)
     SUSAN WYCKOFF,                )    No. C07-3600 SI (BZ)
17                                 )
            Plaintiff(s),          )
18                                 )    ELEVENTH DISCOVERY ORDER
        v.                         )
19                                 )
     UNITED STATES OF AMERICA, et  )
20   al.,                          )
                                   )
21          Defendant(s).          )
     _____)
22
```

Following a telephone conference regarding the dispute over whether the government must produce electronic discovery in native file format, at which the parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff Wyckoff's motion to compel shall be filed by **April 8, 2009**.

1

1    2.   Defendant USA's opposition shall be filed by **April 15, 2009**.

3    3.   Plaintiff's reply shall be filed by **April 20, 2009**.

4    4.   With the concurrence of Judge Illston, this matter is referred to the Special Master for resolution in accordance with the Order Appointing Special Master filed March 27, 2009. Counsel for plaintiff shall serve this Order on the Special Master.

Dated: April 1, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\wyckoff v. USA\Disc11.Ord.wpd    2