```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


CHARLIE EAP,                    )
                                )
           Plaintiff(s),         )    No. C07-2301 SI (BZ)
                                )
     v.                         )
                                )
UNITED STATES OF AMERICA, et    )
al.,                            )
                                )
           Defendant(s).         )
                                )
SUSAN WYCKOFF,                  )     No. C07-3600 SI (BZ)
                                )
           Plaintiff(s),         )
                                )    TWELFTH DISCOVERY ORDER
     v.                         )
                                )
UNITED STATES OF AMERICA, et    )
al.,                            )
                                )
           Defendant(s).         )
                                )
```

Although the briefing schedule in my Eleventh Discovery Order was the schedule requested by plaintiffs, the Special Master is authorized to alter it at his discretion.

Any communications between counsel concerning this, and all other future discovery disputes, should be addressed to ///

1

1 | the Special Master for review and disposition.
2 | Dated: April 8, 2009

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\wyckoff v. USA\Disc11.Ord.wpd   2