1  **CHAVEZ & GERTLER LLP**
   JONATHAN E. GERTLER (Bar No. 111531)
2  JOSEPH R. IGELMUND (Bar No. 52493)
   42 Miller Avenue
3  Mill Valley, California 94941
   Telephone:  (415) 381-5599
4  Facsimile:   (415) 381-5572

5  Attorneys for Plaintiffs
   SUSAN WYCKOFF and ALEXANDER WYCKOFF
6

7                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
9                      SAN FRANCISCO DIVISION
10

11 | SUSAN WYCKOFF, individually, and as | ) Case No.  C-07-3600 SI |
|---|---|
| Administratrix of the Estate of PETER | ) |
| WYCKOFF; ALEXANDER WYCKOFF by | ) |
| and through his Guardian ad Litem, SUSAN | ) **JOINT UPDATED CASE** |
| WYCKOFF, | ) **MANAGEMENT CONFERENCE** |
| | ) **STATEMENT** |
| Plaintiffs | ) |
| | ) |
| vs. | ) **Date:        October 22, 2009** |
| | ) **Time:        3:00 p.m.** |
| UNITED STATES OF AMERICA; DANIEL | ) **Judge:       Hon. Susan Illston** |
| EARL SPERL and DOES 1 through 10, | ) **Courtroom: 10** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| _____ | ) |
| | ) |
| CHARLIE EAP, heir at law of decedent Holly | ) Case No.  C-07-2301 SI |
| Annie Eap, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) The Court continues the case management |
| | ) conference to occur on Thursday, November 12, |
| UNITED STATES OF AMERICA, DANIEL | ) 2009, at 3 p.m. |
| EARL SPERL, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

IT IS SO ORDERED

Judge Susan Illston

1        Pursuant to Local Rule 16-10(d), the parties submit the following Joint Updated Case

2 Management Conference Statement.

3        **Position of Defendants USA, Defendant Sperl, Plaintiff Eap and Plaintiffs'**

4 **Wyckoff:**

5        These cases were settled in their entirety *subject to the approval of the United States*

6 *Department of Justice and the Court* at the August 11, 2009, mediation.  The Court set this

7 matter for a further Case Management Conference on October 22, 2009, in anticipation that a

8 decision would be rendered by that time by the United States Department of Justice

9 approving or disapproving the proposed settlement.

10        While five separate levels within the United States Department of Justice have

11 reviewed the proposed settlement, the sixth and final level (the Associate Attorney General)

12 has not yet taken final action.  Counsel for defendant USA anticipates that the Associate

13 Attorney General will make a final decision within the next thirty days and possibly even

14 sooner.

15        Accordingly, the parties jointly request the Court to continue the further CMC for

16 approximately three weeks to afford the United States Department of Justice additional time

17 to complete the approval process.

18        The parties further request that an updated CMC Statement be ordered due three

19 calendar days prior to the new CMC date.

20        The parties will apprise the Court immediately upon final action by the United States

21 Department of Justice.  If the proposed settlement is approved by the United States

22 Department of Justice, plaintiff Alexander Wyckoff will file a motion for approval of a

23 minor's comprise and the parties will jointly file a stipulation for compromise settlement and

24 release of FTCA claims pursuant to 28 U.S.C. Section 2677 and proposed order.

25

26 DATED:  October 19, 2009           CHAVEZ & GERTLER LLP

27

28                       By _____
                             Jonathan E. Gertler
                             Attorneys for Plaintiffs Wyckoff

1    DATED:  October __, 2009          DAVIS LAW OFFICES

2

3                                      By_____
                                             Andrew Davis
4
                                       Attorneys for Plaintiff Charlie Eap
5

6    DATED:  October __, 2009          CESARI, WERNER & MORIARTY

7

8                                      By_____
                                             Kristina Velarde
9
                                       Attorneys for Defendant Sperl
10   DATED:  October 19, 2009          UNITED STATES ATTORNEY

11

12                                     By_____/s/_____
                                             James A. Scharf
13
                                       Attorneys for Defendant USA
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT,
*Case Nos. C07-3600 SI and C07-2301*

1    DATED: October /9, 2009              DAVIS LAW OFFICES

2

3                                         By Andrea Daves

4                                             Andrew Davis

5                                         Attorneys for Plaintiff Charlie Eap

6    DATED: October __, 2009              CESARI, WERNER & MORIARTY

7

8                                         By_____
                                                Kristina Velarde
9
                                          Attorneys for Defendant Sperl
10   DATED: October __, 2009              UNITED STATES ATTORNEY

11

12                                        By_____
                                                James A. Scharf
13
                                          Attorneys for Defendant USA
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2

1   DATED: October __, 2009          DAVIS LAW OFFICES

2

3                                    By_____

4                                        Andrew Davis

5                                    Attorneys for Plaintiff Charlie Eap

6   DATED: October 19, 2009          CESARI, WERNER & MORIARTY

7

8                                    By_____
                                         Kristina Velarde
9

10  DATED: October __, 2009          Attorneys for Defendant Sperl
                                     UNITED STATES ATTORNEY
11

12                                   By_____

13                                       James A. Scharf

14                                   Attorneys for Defendant USA

15

16

17

18

19

20

21

22

23

24

25

26

27

28