JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5044
   Facsimile:  (408) 535-5081
   james.scharf@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SUSAN WYCKOFF, et al, and CHARLIE EAP, | ) ) ) | No. C 07-2301 SI<br>No. C 07-3600 SI |
| Plaintiffs, | ) ) | (Consolidated for All Purposes) |
| v. | ) ) | FURTHER CASE MANAGEMENT STATEMENT; STIPULATION [AND] PROPOSED ORDER |
| UNITED STATES OF AMERICA and DANIEL EARL SPERL, | ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

     Pursuant to the Court's directive, defendant USA has reported to all parties that the United States Department of Justice ("DOJ") has approved the amount of the proposed settlement, subject to the execution of a standard DOJ Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. Section 2677 and Proposed Order ("Stipulation for Compromise Settlement") and Court approval of same.

     Defendant USA has circulated a draft Stipulation for Compromise Settlement and the parties are in the process of meeting and conferring about several disputed terms. After the

FURTHER CASE MANAGEMENT STATEMENT; STIPULATION [AND] PROPOSED ORDER
Nos. C 07-2301 SI and C 07-3600 SI

-1-

parties complete their meet and confer efforts, the U.S. Attorney's Office intends to submit a Stipulation for Compromise Settlement to the DOJ for approval. As soon as the DOJ approves the terms of the Stipulation for Compromise Settlement, the parties will promptly file an executed Stipulation for Compromise Settlement for Court approval and the Wyckoff plaintiffs will promptly file a motion to approve minor's compromise.

Accordingly, the parties jointly request the Court to vacate all case management dates, including the November 12, 2009, CMC, and to set the case for a Status Conference re Settlement in approximately sixty days.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

DATED: November 9, 2009    BY: _____/S/_____
                                James A. Scharf
                                Assistant United States Attorney
                                Attorney for Defendant United States of America

DATED: November 9, 2009    CHAVEZ & GERTLER LLP


                           By: _____/S/_____
                                Jonathan Gertler

                           Attorneys for Plaintiffs SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF

FURTHER CASE MANAGEMENT STATEMENT; STIPULATION [AND] PROPOSED ORDER
Nos. C 07-2301 SI and C 07-3600 SI

-2-

| | | |
|---|---|---|
| 1 | DATED: November 9, 2009 | DAVIS LAW OFFICES |
| 2 | | |
| 3 | | By: _____/S/_____ |
| 4 | | Andrew J. Davis |
| 5 | | Attorneys for Plaintiffs CHARLIE EAP, heir at law of decedent Holly Annie Eap |
| 6 | | |
| 7 | DATED: November 9, 2009 | CESARI, WERNER & MORIARTY |
| 8 | | |
| 9 | | By: _____/S/_____ |
| 10 | | Kristina L. Velarde |
| 11 | | Attorneys for Defendant DANIEL EARL SPERL |

### [PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing, all case management dates, including the November 12, 2009, Case Management Conference, are hereby ordered off calendar. A Status Conference re Settlement is hereby set for ~~January __, 2010, at __ a.m./p.m.,~~ February 6, 2010 at 3 p.m. unless the parties file an executed Stipulation for Compromise Settlement and a motion for minor's compromise before that date. In the event the Status Conference is necessary, the parties shall file a joint Status Conference Statement three court days before said Status Conference, in which they shall report on the status of DOJ approval of the Stipulation for Compromise Settlement.

FURTHER CASE MANAGEMENT STATEMENT; STIPULATION [AND] PROPOSED ORDER
Nos. C 07-2301 SI and C 07-3600 SI

-3-

1     IT IS SO ORDERED.

2

3     DATED: _____     _____

                                                                HON. SUSAN ILLSTON

4                                                                  United States District Court Judge

28     FURTHER CASE MANAGEMENT STATEMENT; STIPULATION [AND] PROPOSED ORDER

Nos. C 07-2301 SI and C 07-3600 SI

-4-