```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
       150 Almaden Boulevard, Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5044
6      Facsimile:  (408) 535-5081
       james.scharf@usdoj.gov
7
   Attorneys for Defendant United States of America
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SUSAN WYCKOFF, et al, and CHARLIE EAP, | ) ) ) | No. C 07-2301 SI<br>No. C 07-3600 SI |
| Plaintiffs, | ) ) | (Consolidated for All Purposes) |
| v. | ) ) | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| UNITED STATES OF AMERICA and DANIEL EARL SPERL, | ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. Section 2677 and Order filed in this action, plaintiffs and defendants, through their attorneys of record, hereby stipulate and agree that the above-referenced action is dismissed with prejudice in its entirety, with each party bearing its own fees, costs, and expenses. Pursuant to Section 3612(a) of the California Probate Code, the Court shall have continuing jurisdiction of the money paid or to be paid, delivered, deposited, or invested for the benefit of the minor, Alexander Wyckoff, until he reaches 18 years of age. The Court shall not otherwise retain jurisdiction over

Stipulation and [Proposed] Order of Dismissal with Prejudice
Nos. C 07-2301 SI and C 07-3600 SI

-1-

this action, the settlement, or any other matter pertaining to this action or the settlement.

DATED: ~~March~~, 2010  *april 2,*

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

BY: _____
James A. Scharf
Assistant United States Attorney
Attorney for Defendant United States of America

DATED: ~~March__, 2010~~
April 2, 2010

CHAVEZ & GERTLER LLP

By: _____
Jonathan E. Gertler

Attorneys for Plaintiffs SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF

DATED: March __, 2010

DAVIS LAW OFFICES

By: _____
Andrew J. Davis

Attorneys for Plaintiffs CHARLIE EAP, heir at law of decedent Holly Annie Eap

DATED: March __, 2010

CESARI, WERNER & MORIARTY

By: _____
Kristina L. Velarde

Attorneys for Defendant DANIEL EARL SPERL

Stipulation and [Proposed] Order of Dismissal with Prejudice
Nos. C 07-2301 SI and C 07-3600 SI

this action, the settlement, or any other matter pertaining to this action or the settlement.

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

DATED: March __, 2010

BY: _____
James A. Scharf
Assistant United States Attorney
Attorney for Defendant United States of America

DATED: March __, 2010

CHAVEZ & GERTLER LLP

By: _____
Jonathan Gertler

Attorneys for Plaintiffs SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF

DATED: ~~March __, 2010~~ April 2, 2010

DAVIS LAW OFFICES

By: _____
Andrew J. Davis

Attorneys for Plaintiffs CHARLIE EAP, heir at law of decedent Holly Annie Eap

DATED: March __, 2010

CESARI, WERNER & MORIARTY

By: _____
Kristina L. Velarde

Attorneys for Defendant DANIEL EARL SPERL

Stipulation and [Proposed] Order of Dismissal with Prejudice
Nos. C 07-2301 SI and C 07-3600 SI

-2-

| | |
|---|---|
| 1 | this action, the settlement, or any other matter pertaining to this action or the settlement. |

|  |  |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>UNITED STATES ATTORNEY |
| DATED: March __, 2010 | BY: _____<br>James A. Scharf<br>Assistant United States Attorney<br>Attorney for Defendant United States of America |
| DATED: March __, 2010 | CHAVEZ & GERTLER LLP<br><br>By: _____<br>Jonathan Gertler<br><br>Attorneys for Plaintiffs SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF |
| DATED: March __, 2010 | DAVIS LAW OFFICES<br><br>By: _____<br>Andrew J. Davis<br><br>Attorneys for Plaintiffs CHARLIE EAP, heir at law of decedent Holly Annie Eap |
| DATED: ~~March~~ April 2, 2010 | CESARI, WERNER & MORIARTY<br><br>By: _____<br>Kristina L. Velarde<br><br>Attorneys for Defendant DANIEL EARL SPERL |

Stipulation and [Proposed] Order of Dismissal with Prejudice
Nos. C 07-2301 SI and C 07-3600 SI

1
2   Pursuant to the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.
3
4   DATED: _____    _____
                                Hon. Susan Illston
5                               United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order of Dismissal with Prejudice
Nos. C 07-2301 SI and C 07-3600 SI

-3-